UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff.<br><br>v.<br><br>AMBIA RESTAURANT GROUP,<br><br>    Defendant. | Case No. 21-cv-02828-SVK   (JCS)<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 26, 27 |

On November 2, 2021, a Clerk's Notice Setting Zoom Hearing was issued setting a Zoom Settlement Scheduling Conference for November 15, 2021 at 10:00 AM. See ECF 26. Plaintiff was present. Defendant was not present.

IT IS HEREBY ORDERED that Defendant shall appear on **November 29, 2021, at 9:30 AM** before Chief Magistrate Judge Joseph C. Spero, by Zoom Meeting (Zoom Meeting ID: 161 664 4640. Password: 841312), San Francisco, California, and then and there to show cause why the Court should not impose sanctions, including but not limited to default, attorneys' fees, and other sanctions on defendant and defense counsel for failure to appear through counsel at the scheduling conference on November 15, 2021.

IT IS SO ORDERED.

Dated: November 15, 2021

_____
JOSEPH C. SPERO
United States Chief Magistrate Judge